**Order filed March 22, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00463-CV

———————

**ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellants**

**V.**

**SUSAN MEEK, M.D., Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCV-156522**

## ORDER

On April 11, 2012, Susan Meek, M.D., filed a notice of appeal from the judgment signed December 29, 2011, and the appeal was assigned to this court under our appellate number 14-12-00348-CV. On May 9, 2012, Rockne Onstad Individually and d/b/a The Onstad Law Firm and Joyce Stamp Lilly, Individually and d/b/a Joyce Stamp Lilly, RN, JDPC, filed a notice of cross-appeal from the

same judgment, which was assigned to this court under our appellate number 14-12-00-463-CV.  On February 27, 2013, cross-appellants/appellees filed a motion requesting this court to consider the record filed in appellate case number 14-12-00348-CV as part of the record in appellate case number 14-12-00463-CV.

The motion is **GRANTED**.


PER CURIAM